(121 So. 428)

Thos. L. ROBINSON, Jr., pro ami., v. J. R. BEALE, Judge, etc. (6 Div. 501.)

Court of Appeals of Alabama. Jan. 22, 1929.

Rehearing Denied Feb. 12, 1929.

W. M. Adams, of Tuscaloosa, for appellant.

De Graffenried & Foster, of Tuscaloosa, for appellee.

BRICKEN, P. J. Affirmed.